UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

ERIK FELIZ,

                     Defendant.
-------------------------------------------------------------------x

**ORDER**
21 CR 12 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/21

KIMBA M. WOOD, District Judge:

    The Court will hold a teleconference in the above-captioned case on Thursday, January 21, 2021, at 12:30 p.m.

    To join the teleconference, the parties should dial 888-363-4749 and enter access code 1613818.

    SO ORDERED.

Dated: New York, New York
          January 12, 2021

                                                   /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE