```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/22/21_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

ERIK FELIZ,

        Defendant.

------------------------------------------------------------X

21-CR-12 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Due to a conflict with the Court's calendar, the conference scheduled for Thursday, January 21, 2021, is adjourned to Wednesday, January 27, 2021, at 11:00 a.m. The dial-in information posted in the Court's January 12, 2021 Order remains the same.

SO ORDERED.
Dated: New York, New York
       January 22, 2021

                                           /s/ Kimba M. Wood /
                                             KIMBA M. WOOD
                                     United States District Judge