UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/21

-against-

ERIK FELIZ,

Defendant.
-------------------------------------------------------------------x

ORDER
21 CR 12 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference in the above-captioned case on Tuesday, ~~April 4~~ May, 2021, at 11:00 a.m.

Members of the press and public who wish to join the conference may dial 917-933-2166 and enter Conference ID 840396501.  Members of the press and public must join the conference with their telephones on mute.

SO ORDERED.

Dated: New York, New York
       April 27, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE