**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED** 021

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/21
```

**BY ECF AND EMAIL**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Erik Feliz*, S1 21 Cr. 12 (KMW)

Dear Judge Wood:

The Government respectfully submits this letter on behalf of both parties to advise the Court that the parties have reached a pre-trial disposition of this matter, pursuant to a plea agreement between the defendant and the Government. Accordingly, the parties respectfully request that the Court refer the change-of-plea hearing to the Magistrate Court, pursuant to the Court's practice, which the parties understand is prepared to schedule the hearing for June 8, 2021.

[Handwritten annotation: *the Court refers to Magistrates' Court*]

The parties believe that the proceeding cannot be further delayed without serious harm to the interests of justice, because this matter has been pending for many months; the pre-trial disposition will promptly resolve the matter without trial; and because the parties' and the public's interest in finality, certainty, and the speedy disposition of criminal cases all require that the plea proceeding occur without further delay.

In addition, in light of the courthouse restrictions occasioned by the COVID-19 pandemic, and the Court's standing orders consistent with the CARES Act, and the defendant's consent, the parties respectfully submit that the change-of-plea proceeding be conducted via videoconferencing (or teleconferencing, if video is not reasonably available). *See In re: Coronavirus/Covid-19 Pandemic*, 20 Misc. 176 (CM) (March 11, 2021).

Accordingly, attached hereto is a proposed order referring the change-of-plea proceeding to the Magistrate Court.

Respectfully submitted,

AUDREY STRAUSS<br>
United States Attorney

By: *Michael R Herman*
Michael R. Herman
Assistant United States Attorney
(212) 637-2221

CC: A. James Bell, Esq. (counsel to defendant Erik Feliz)

SO ORDERED, N.Y., N.Y. 6/7/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.