USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/21

# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

September 8, 2021

*Via Email*
Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *United States v. Erik Feliz, 21Cr.12(KMW)*

Dear Judge Wood:

I am CJA appointed counsels for Mr. Erik Feliz and write this letter with the consent of the Government to request an adjournment of our upcoming sentencing hearing that is scheduled for September 15th at 10 am. After consulting with the Court's Clerk, I understand that November 10th is available on the Court's calendar for this purpose.

If granted the additional time will allow counsel to continue gathering the letters of support and other mitigation materials that will be essential to our sentencing submission and will ultimately be presented to the Court for a sentence that is sufficient but not greater than necessary to comply with paragraph (2) of 18 U.S.C. § 3553. Please also know that I consulted with Mr. Feliz regarding this application and he believes that his interests are best served if we have the additional time to prepare for sentencing.

Should the Court grant this request, counsel is requesting that the hearing be adjourned to November 10th or to a date thereafter that is convenient to the Court. This is counsel's first request to adjourn Mr. Feliz's sentencing hearing.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

*Sentencing is adjourned to November 10, 2021, at 11:00 a.m. Defendant's submission is due by October 27. Government submission is due by November 3.*

*Kimba M. Wood   9/9/21*
SO ORDERED