UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/21
```

    -against-

**ORDER**
21 CR 12 (KMW)

ERIK FELIZ,

                 Defendant.
------------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

       Due to a conflict with the Court's calendar, the sentencing currently scheduled for November 10, 2021, is adjourned to Tuesday, November 30, 2021, at 2:00 p.m., as an in-person proceeding. If the parties would prefer to proceed remotely, they shall notify the Court by November 9, 2021.

       SO ORDERED.

Dated: New York, New York
       October 26, 2021

                                            _/s/ Kimba M. Wood_
                                            KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE