UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/21

    -against-

ERIK FELIZ,

                   Defendant.
-------------------------------------------------------------------x

**ORDER**
21 CR 12 (KMW)

KIMBA M. WOOD, District Judge:

    In order to hold the defendant's sentencing as an in-person proceeding, the Court adjourns sentencing to December 15, 2021, at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
       November 10, 2021

                                             /s/ Kimba M. Wood
                                             KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE