UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ERIK FELIZ,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
21 CR 12 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/21

KIMBA M. WOOD, District Judge:

At defendant's request, sentencing is adjourned to Wednesday, January 12, 2022, at 2:30 p.m., as an in-person proceeding. Defendant's submission is due by December 29, 2021. Government submission is due by January 5, 2022.

    SO ORDERED.

Dated: New York, New York
         November 15, 2021

                                                    *Kimba M. Wood*
                                          KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE