# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/21

December 22, 2021

<u>Via Email</u>
Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Erik Feliz, 21Cr.12(KMW)*

Dear Judge Wood:

    I am CJA appointed counsels for Mr. Erik Feliz and write this letter with the consent of the Government to request an adjournment of our upcoming sentencing hearing that is scheduled for January 12, 2022 ~~September 15th at 2:30 pm~~. Counsel will be out of the district dealing with a family matter and seeking a 60 day adjournment to the week of March 7th or thereafter. Additionally, in advance of this application, counsel consulted with Mr. Feliz and he does not object to the request.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

*[Handwritten: Sentencing is adjourned to April 13, 2022 at 11:30 a.m. Defendant's submission is due by March 30, 2022. Government submission is due by April 6, 2022]*

Respectfully submitted,

_____
A James Bell, Esq.

*[Signed: Kimba M. Wood  12/22/21]*
SO ORDERED