UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against                                           **ORDER**
                                                           21 CR 12 (KMW)

ERIK FELIZ,

                            Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

        Due to a conflict with the Court's calendar, the sentencing currently scheduled for April 13, 2022, is adjourned to Tuesday, April 26, 2022, at 2:00 p.m.

        SO ORDERED.

Dated: New York, New York
       April 11, 2022

                                                          /s/ Kimba M. Wood
                                                       KIMBA M. WOOD
                                              UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/22