# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6851
Email: ajamesbelllaw@gmail.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/22

June 27, 2022

Via Email
Hon. Kimba M. Wood
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Erik Feliz, 21Cr.12(KMW)*

Dear Judge Wood:

I am CJA appointed counsels for Mr. Erik Feliz and write this letter with the consent of the Government to request a 30-day adjournment of Mr. Feliz's surrender date.

As the Court is aware, Mr. Feliz was scheduled to surrender to FCI Schuylkill Satellite Camp this morning. However while driving to the facility, Mr. Feliz experienced severe chest pains and contacted his physician. Based on his symptoms and the results of a recent stress test, he was advised to go directly to the emergency room at Holy Name Medical Center (Teaneck, NJ) where his primary physician, Angel J. Mulkay, MD, would met him.

When Mr. Feliz arrived at the hospital, Dr. Mulkay conducted a physical exam and determined that Mr. Feliz required an immediate angioplasty. Although efforts were made, Mr. Feliz was unable to successfully clear the COVID and pre-surgical protocols necessary to proceed with the procedure today. The medical team ultimately decided to schedule the angioplasty procedure for tomorrow, June 28th at 11 am.

Given the severity of this condition and necessity of the procedure, counsel is requesting a 30-day adjournment of Mr. Feliz's surrender date.

Thank you in advance for any and all consideration of this request. We will await further instructions from the Court on this matter.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

SO ORDERED: N.Y., N.Y.

*[signature]*

KIMBA M. WOOD
U.S.D.J.